UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV -9 PM 4:08
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **JACKIE WILSON LEE,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **J. M. SMUCKERS,** | **CASE NO: 2:05cv2708-B** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on November 8, 2005, this cause is hereby dismissed.

APPROVED:

/s/ J. Daniel Breen
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

11/9/05
Date

THOMAS M. GOULD
_____
Clerk of Court

/s/ Earline Frayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-9-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02708 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Jackie Wilson Lee
7851 Brady Creek Cove
Cordova, TN 38016

Honorable J. Breen
US DISTRICT COURT